# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ISATU VILLE,

    Plaintiff,

v.

FAMILY RESOURCE HOME CARE,

    Defendant.

Case No. C17-606-RSM

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO SEAL ATTACHMENT

Plaintiff, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action, Dkt. 1, along with a proposed complaint. Dkt. 1, Att. 1. After careful consideration of the application, proposed complaint and related attachments, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's application to proceed IFP, Dkt. 1, is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(2) Plaintiff's proposed complaint contains personal data identifiers that should have been redacted pursuant to Local Rules W.D. Wash. LCR 5.2. As a result, the Clerk is directed to **SEAL** plaintiff's proposed complaint (Dkt. 1-1), as this document contains personal data identifiers. (Dkt. 1-1 at 5, 21-22).

(3) Plaintiff is directed to re-file with the Court her proposed complaint within **30 days** from the date of this Order, redacting all personal data identifiers within the document in

ORDER
PAGE - 1

accordance with Local Rule LCR 5.2(a).  Specifically, plaintiff is to redact the following personal data identifier**: Dates of Birth - redact to the year of birth.**  (Dkt. 1-1 at 5, 21-22).  *See* Local Rule LCR 5.2(a).  Plaintiff is further advised that she must redact any of the following personal data identifiers in all future submissions to the Court: dates of birth; names of minor children; Social Security numbers and taxpayer identification numbers; financial accounting information; and passport numbers and driver license numbers.  *See* Local Rule LCR 5.2(a).  Plaintiff is advised that this case may be subject to dismissal if she does not respond to this Order or fails to correct the deficiencies.

    (4)    The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 26th day of April, 2017.

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 2