UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISATU VILLE, | ) |
| | ) CASE NO. C17-0606 RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DEFERRING MOTION TO |
| | ) APPOINT COUNSEL AND REFERRING |
| FAMILY RESOURCE HOME CARE, | ) MATTER TO PRO BONO SCREENING |
| | ) PANEL |
| Defendant. | ) |
| | ) |

This matter comes before the Court on Plaintiff's Motion to Appoint Counsel. Dkt. #4. Plaintiff states that she contacted Seattle's Employ Legal Clinic, and was informed that someone would get back to her, but that never occurred. *Id.* Plaintiff has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #3. The Complaint was filed on May 5, 2017. Dkt. #6. Summonses have been issued and mailed to Plaintiff for service, but no one has yet appeared on behalf of Defendant.

In her Complaint, Plaintiff alleges employment discrimination based on national origin and race, in violation of Title VII of the Civil Rights Act. Dkt. #6 at 4. She provides extensive background to the claims in this matter, including allegations of actions taken by specific supervisors on specific dates. *Id.* at 2-24. Plaintiff further alleges that she is a black female from Sierra Leone, and asserts that her supervisor discharged her for those reasons, and in retaliation for participating in protected activity. Dkt. #6 at 2-4. Plaintiff made a complaint to

ORDER
PAGE - 1

the Equal Employment Opportunity Commission ("EEOC"), which issued her a right-to-sue letter on March 30, 2017. *Id.* at 25-26. This matter followed.

This District has adopted a plan for the representation of *pro se* plaintiffs in civil rights actions. *General Order 10-05*. In accordance with that plan, the court refers Plaintiff's motion to appoint counsel to the Nonprisoner Civil Rights Case Screening Committee ("Screening Committee") for review and a recommendation as to whether the court should appoint counsel. The Clerk SHALL provide a copy of the Complaint to the Screening panel, along with the motion.

The Clerk SHALL RENOTE Plaintiff's motion for appointment of counsel (Dkt. #4) for July 14, 2017. However, the Court will not consider the motion until it receives the Screening Committee's recommendation.

DATED this 12th day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE