UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISATU VILLE, ) | |
| ) | CASE NO. C17-0606RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING MOTION TO |
| ) | WITHDRAW |
| FAMILY RESOURCE HOME CARE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER comes before the Court on Plaintiff's Counsel's Motion to Withdraw. Dkt. #21. Plaintiff's counsel cites as the basis of his motion, "[s]ubstantial and irreconcilable differences concerning the course and scope of counsel's representation as well as the case itself." *Id.* at 1. Plaintiff's counsel certifies that he has informed Plaintiff of his motion and her obligations to this Court. *Id.*, Ex. A. Plaintiff objects to counsel's withdrawal, arguing that she is unable to represent herself going forward. Dkt. #25. Defendant does not object to the withdrawal of counsel. Dkt. #26.

The Court has reviewed the record in this matter, including a letter that was filed by Plaintiff prior to her counsel seeking to withdraw. Dkt. #20. In that letter, Plaintiff complains that her attorney is refusing to file certain documents, and asks the Court to decide her case, apparently on the mistaken impression that her case has not been "filed." *Id.* To that letter, Plaintiff also attaches several email conversations between her and her attorney, wherein her

ORDER
PAGE - 1

attorney attempts to explain that her arguments are without merit and that he cannot file the documents she wants him to file for that reason. Dkt. #20. Plaintiff's counsel's motion was filed shortly thereafter.

In her Complaint, Plaintiff alleges employment discrimination based on national origin and race, in violation of Title VII of the Civil Rights Act. Dkt. #6 at 4. At the time of filing, Plaintiff presented information that led the Court to appoint counsel to represent her in this matter. Dkt. #7. Having reviewed the record in these proceedings since that time, the Court hereby finds and ORDERS:

1) Plaintiff's Counsel's Motion to Withdraw (Dkt. #21) is GRANTED. Matthew Furness and Furness Law are allowed to withdraw from this matter and no longer represent Plaintiff.

2) The Court DECLINES TO APPOINT replacement counsel at this time.

3) Plaintiff is now responsible for complying with all deadlines in this matter, and shall keep the Court informed of her current contact information.

4) The Clerk shall send a copy of this Order to Plaintiff's counsel, defense counsel, and to Plaintiff at 3721 S. 180th St., #A204, Seattle, WA 98188.

DATED this 20 day of February, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2