IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISATU VILLE,

    Plaintiff,

v.

FAMILY RESOURCE HOME CARE,

    Defendant.

CASE NO. C17-606 RSM

ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME AND TO RENOTE MOTION FOR SUMMARY JUDGMENT

THIS MATTER came before the Court upon the motion by Defendant Family Resource Home Care to renote its pending motion for summary judgment, and to extend all case-related deadlines by 90 days.

The Court having considered the file and record herein, and deeming itself fully advised in the premises and for cause shown; now, therefore, it is hereby:

ORDERED that Defendant's Motion is GRANTED. Defendant has demonstrated good cause for an extension of time pursuant to Fed. R. Civ. P. 6(b)(1). Defendant's motion for summary judgment is renoted to the fourth Friday from the date of this motion. Plaintiff's response and Defendant's reply, if any, shall be due consistent with the requirements of Local Rule 7(d)(3).

ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME AND TO RENOTE MOTION FOR SUMMARY JUDMENT - 1



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

It is further ORDERED that the trial in this case is continued to January 22, 2019, and all case-related deadlines are extended 90 days.

*(signature)*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LASHER HOLZAPFEL
SPERRY & EBBERSON PLLC

*/s/ Mario A. Bianchi*
*/s/ Paul J. Spadafora*
Mario A. Bianchi, WSBA No. 31742
Paul J. Spadafora, WSBA No. 49777
Attorneys for Defendant

ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME AND TO RENOTE MOTION FOR SUMMARY JUDMENT - 2

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563