UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL FROZEN FOODS CORPORATION, A WASHINGTON CORPORATION,, <br><br> Plaintiff, <br><br> v. <br><br> BERKLEY ASSURANCE COMPANY, an Iowa Corporation, <br><br> Defendant. | Case No. C17-339 RSM <br><br> ORDER DENYING MOTION FOR OVER-LENGTH BRIEFING |

This matter comes before the Court on Defendant Berkley Assurance Company ("Berkley")'s Motion to file over-length briefing on its upcoming motion for summary judgment. Dkt. #135. Berkley requests an extension from 24 to 28 pages, arguing that "due to the importance of the significant factual history and the number of coverage issues involved, Berkley is unable to provide the Court with all of the information relevant to the motion for summary judgment without exceeding the page limit," and that "[u]nder these circumstances, Berkley submits that good cause exists for its request to file an over-length motion for summary judgment." *Id.* Berkley provides no further detail.

ORDER DENYING MOTION FOR OVER-LENGTH BRIEFING - 1

| 1 | "Motions seeking approval to file an over-length motion or brief are disfavored." LCR 7(f). Many cases that come before this Court have significant factual history and more legal issues than this case, and the parties diligently work to file summary judgment motions within the 24-page limit. Berkley has failed to adequately explain to the Court how the situation here is different or why additional pages are necessary.

Having reviewed Berkley's Motion and the remainder of the record, the Court hereby finds and ORDERS that Berkley's Motion for Over-length Brief (Dkt. #135) is DENIED.

DATED this 6 day of November 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE